# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 3409 | **DATE** | 5/29/2003 |
| **CASE TITLE** | USA ex rel. Homer Hanrahan vs. Donald Snyder | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due _____. Reply to answer brief due _____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Supplement to Memorandum Opinion and Order. This Court May 23, 2003 memorandum is modified by deleting footnote 3.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | |
| | No notices required. | | MAY 30 2003 | |
| ✓ | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | | | 5/29/2003 | |
| SN | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA ex rel. )
HOMER HANRAHAN, )
)
Petitioner, )
)
v. ) No. 03 C 3409
)
DONALD SNYDER, )
)
Respondent. )

MAY 3 0 2003

SUPPLEMENT TO MEMORANDUM OPINION AND ORDER

Footnote 3 to this Court's May 23, 2003 memorandum opinion and order ("Opinion") raised a quizzical eyebrow as to just how the petition for habeas corpus relief ("Petition") filed by Homer Hanrahan ("Hanrahan") had come to this Court's calendar. Now the Clerk's Office file has been delivered to chambers (previously this Court had received only the judge's copy of the Petition itself), and that has provided the answer.

It turns out that Hanrahan had indeed filed his action in the United States District Court for the Central District of Illinois. That was entirely permissible, because he is in custody at Dixon Correctional Center ("Dixon"), located within that District.[1] But the Central District Judge had decided that a transfer to this District Court, where Hanrahan had originally been tried and convicted, was more appropriate.

---

[1] Opinion n. 3 had mistakenly identified Dixon as being within the Western Division of this Northern District of Illinois.

That being so, it is just as well that this Court chose to deal with the substantive aspects of the matter in the Opinion. It will simply modify the Opinion by deleting footnote 3.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 29, 2003